HONORABLE **Wm. Garfinkel**
DEPUTY CLERK **C. Sanders**   RPTR/ERO/TAPE **C. Sanders**
TOTAL TIME: ___ hours **20** minutes

DATE **10-22-03**   START TIME **1:30pm**   END TIME **1:50pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Daimler Chrysler Services** CIVIL NO. **3:03 CV 319 (JBA)(WIG)**   **Jeffrey Scalzo**
§
§                                                     Plaintiffs Counsel
vs.                     §         ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
**Rebecca Engelke, et al**    §                       Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing           ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☑ (mischrg.) Miscellaneous Hearing **(Damage Hearing)**

**MOTION DOCUMENT NO.**

Plaintiff request judgment in the amount of $206,258.07 plus $64.00 per ~~day~~ diem, per day and Attorney fees and cost

Judgment is granted, the exact amount to enter upon an affidavit re fees + cost.

Affidavit to be submitted in one week
Exhibits not to be returned