# United States District Court

DISTRICT OF

Daimler Chrysler Services
v.
Rebecca Engelke, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03 CV319 (JBA)(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Jeffrey Scalarz | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10-22-03 | C. Landers | C. Landers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Hartshorn, Milbury, Mass |
| | | | | | |
| 1 | | 10-22-03 | 1 | 1 | Retail Installment Contracts for 5 Freightliners Tractors |
| 2 | | | 2 | 2 | Subst of Collateral Retail Installment |
| ~~8~~ | | | ~~8~~ | | ~~Subst of Collateral Lola~~ |
| 3 | | | 3 | 3 | Print Screen from Asset Inventory |
| 4 | | | 4 | 4 | " " |
| 5 | | | 5 | 5 | " " |
| 6 | | | 6 | 6 | " " |
| 7 | | | 7 | 7 | " " |
| | | | | | |
| All exhibits returned to Counsel | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages