FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   OCT 28  11 42 AM '03

U.S DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES BENZ CREDIT CORPORATION, | : : : : | Civil Action No. |
| Plaintiff, | : : | 3:03 CV 0319 (JBA) |
| V. | : : : | |
| REBECCA ENGELKE, MICHAEL GARDNER, and EASTCOAST TRANSPORT, LTD, | : : : : | |
| Defendants. | : | October 24, 2003 |

### VERIFIED BILL OF COSTS

Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d) and D. Conn. L. R. Civ. P. 54(a) the plaintiff in this matter requests that the following costs be taxed to the defendants, East Coast Transport Ltd. and Rebecca Engelke:

| | | |
|---|---|---|
| Entry Fee | $150.00 | |
| Marshall's Fee | 384.00 | (service of complaint) |
| Court Reporter | 99.38 | (deposition) |
| **Total** | **$633.38** | |

THE PLAINTIFF

BY: _____
Jeffrey M. Sklarz
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

G:\JMS\D\DaimlerChrysler\Pleadings\bill of costs.doc

## VERIFICATION

I, Jeffrey M. Sklarz, counsel for the plaintiff have reviewed and verified the Bill of Costs set forth above in accordance with D. Conn. L. R. Civ. P. 54(a).

_____
Jeffrey M. Sklarz
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938
Counsel for the Plaintiff

G:\JMS\D\DaimlerChrysler\Pleadings\bill of costs.doc

## CERTIFICATION

A copy of the foregoing **Verified Bill of Costs** has been served, postage pre-paid upon the following counsel and pro se parties:

Rebecca Engelke
127 Andrew Drive
North Canton, Connecticut 06509

Michael Gardner
127 Andrew Drive
North Canton, Connecticut 06509

Eastcoast Transport, Ltd.
c/o Harvey Melzer, Agent for Service
49 Locust Avenue
New Canaan, CT 06840

Date:   October 24, 2003

_____
Jeffrey M. Sklarz

\\Dfs1\users\JMS\D\DaimlerChrysler\Pleadings\bill of costs.doc