FILED

Oct 28   II 42 AM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES BENZ CREDIT CORPORATION, | : | Civil Action No: |
| Plaintiff, | : | 3:03 CV 0319 (JBA) |
| V. | : | |
| REBECCA ENGELKE, MICHAEL GARDNER, and EASTCOAST TRANSPORT, LTD, | : | |
| Defendants. | : | October 24, 2003 |

### AFFIDAVIT OF ATTORNEYS FEES

I, Jeffrey M. Sklarz, Esq., being over the age of eighteen (18) years and believing in the

sanctity of an oath, do hereby depose and say the following of which I have personal knowledge:

1.    I am admitted to practice before the United States District Court, District of

Connecticut.

2.    I am associated with the law firm of Zeisler & Zeisler, P.C.

3.    I represent the plaintiff in this matter, DaimlerChrysler Services North America,

LLC ("DaimlerChrysler").

G:\JMS\D\DaimlerChrysler\Pleadings\aff.atty fees.doc

4.     On October 22, 2003, a hearing–in–damages was held before the Honorable William I. Garfinkle with respect to the defendants, East Coast Transport, Ltd. and Rebecca Engelke (the "Hearing"). The co-defendant, Michael Gardner a/k/a Michael Gardiner, filed for bankruptcy and the Automatic Stay, 11 U.S.C. §362(a) prohibits the entry of judgment as to him at this time.

5.     At the Hearing, Magistrate Garfinkle indicated he would enter judgment in favor of DaimlerChrysler against East Coast Transport, Ltd. and Rebecca Engelke. Further, pursuant to the terms of the contracts between DaimlerChrysler and East Coast Transport, Ltd. and the guarantee of Rebecca Engelke, the plaintiff is entitled to attorneys fees and costs.

6.     In connection with the prosecution of this action, the plaintiff was required to expend $4,367.31 in attorneys fees through October 22, 2003.

7.     Appended hereto are the bills of Zeisler & Zeisler, P.C. with respect to this matter. These bills represent the actual time I, and other attorneys in my office, spent working on this matter. I am familiar with the timekeeping methods and procedures of Zeisler & Zeisler, P.C. Like all law firms, Zeisler & Zeisler, P.C. maintains billing records as part of its regular and ordinary course of doing business. I have reviewed these time records and they are correct to the best of my knowledge.

8.      I have specifically omitted $2,030.00 worth of time that was devoted to matters involving the bankruptcy of Michael Gardner a/k/a Michael Gardiner, as judgment has not yet been attained against him.

9.      Accordingly, DaimlerChrysler should be awarded $4,367.31 in attorneys fees.

THE AFFIANT

BY    _____

Jeffrey M. Sklarz
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

Subscribed and sworn on October 24, 2003

Notary Public/Commissioner of the Superior Court

## **CERTIFICATION**

A copy of the foregoing **Affidavit of Attorneys Fees** has been served, postage pre-paid upon the following counsel and pro se parties:

Rebecca Engelke
127 Andrew Drive
North Canton, Connecticut 06509

Michael Gardner
127 Andrew Drive
North Canton, Connecticut 06509

East Coast Transport, Ltd.
c/o Harvey Melzer, Agent for Service
49 Locust Avenue
New Canaan, CT 06840

Date:    October 24, 2003

_____
Jeffrey M. Sklarz

\\Dfs1\users\JMS\D\DaimlerChrysler\Pleadings\aff.atty fees.doc

G:\JMS\D\DaimlerChrysler\Pleadings\aff.atty fees.doc

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605

November 30, 2002

|  |  |  |
|---|---|---|
| Invoice# | 27071 | RDZ |
| Our file# | 8154 | 00000 |
| Billing through | 11/30/2002 | |

Daimler Chrysler Services
Commercial Vehicles
Attn:  John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Litigation

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/24/2002 | RDZ | Open file; Telephone conference with client; Correspondence to client | 0.40 | hrs. | 158.00 |
| 10/31/2002 | JMS | Review and open new file; Letter to debtor re collection | 0.40 | hrs. | 58.00 |
| 11/06/2002 | JMS | Review and revise demand letters | 0.40 | hrs. | 58.00 |
| | | | | | $274.00 |

## EXPENSES

| | | |
|---|---|---|
| 11/01/2002 | Copying | 0.20 |
| 11/07/2002 | Copying | 8.80 |
| 11/07/2002 | Postage | 3.33 |
| 11/21/2002 | Long Distance Telephone Call | 0.60 |
| | | $12.93 |

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Sklarz, Jeffrey | 0.80 | $145 | 116.00 |
| ZEISLER, RICHARD D. | 0.40 | $395 | 158.00 |
| | 1.20 | | $274.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $274.00 |
| Total expenses incurred | $12.93 |

Daimler Chrysler Services   Invoice

|                                        | ---------------- |
|----------------------------------------|------------------|
| Total of new charges for this invoice  | $286.93          |
|                                        | ---------------- |

**Total balance now due**                    **$286.93**

**Zeisler & Zeisler, P.C.**
558 Clinton Avenue
Bridgeport, Connecticut  06605

January 31, 2003

| | |
|---|---|
| | Invoice#  27708    RDZ |
| Daimler Chrysler Services | Our file#     8154     00000 |
| Commercial Vehicles | Billing through  01/31/2003 |
| Attn:  John Heffernan - Asset Recovery | |
| 1011 Warrenville Road | |
| Suite 600 | |
| Lisle, IL 60532 | |

Litigation

| | | |
|---|---|---|
| Balance forward as of invoice dated   November 30, 2002 | $286.93 | |
| Payments received since last invoice | 286.93 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $0.00 | |

**PROFESSIONAL SERVICES**

| | | | | | |
|---|---|---|---|---|---|
| 01/03/2003 | JMS | Letter to client re file suit | 0.20 | hrs. | 35.00 |
| 01/07/2003 | JMS | Returned phone call from client (John Heffernan) re file lawsuit with PJR | 0.20 | hrs. | 35.00 |
| 01/16/2003 | JMS | Prepare draft of PJR affidavit; prepare detailed review of file | 1.30 | hrs. | 227.50 |
| 01/17/2003 | JMS | Prepare draft of Complaint | 0.80 | hrs. | 140.00 |
| 01/22/2003 | JMS | Benz Credit | 1.10 | hrs. | 192.50 |
| | | | | | $630.00 |

**EXPENSES**

| | | |
|---|---|---|
| 01/06/2003 | Copying | 0.80 |
| 01/06/2003 | Telefax | 2.00 |
| 01/07/2003 | Telefax | 2.00 |
| 01/07/2003 | Telefax | 2.00 |
| 01/21/2003 | Telefax | 6.00 |
| 01/22/2003 | Copying | 1.20 |
| 01/22/2003 | Federal Express | 12.07 |
| | | $26.07 |

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Sklarz, Jeffrey | 3.60 | $175 | 630.00 |
| | 3.60 | | $630.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $630.00 |
| Total expenses incurred | $26.07 |
| | ------------------ |
| Total of new charges for this invoice | $656.07 |
| | ------------------ |
| **Total balance now due** | **$656.07** |

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605

February 28, 2003

Daimler Chrysler Services
Commercial Vehicles
Attn:  John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Invoice#  27876    RDZ
Our file#    8154    00000
Billing through  02/28/2003

Litigation

| | | |
|---|---|---|
| Balance forward as of invoice dated   January 31, 2003 | $656.07 | |
| Payments received since last invoice | 0.00 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $656.07 | |

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/19/2003 | JMS | Prepare PJR package | 1.30 | hrs. | 227.50 |
| 02/20/2003 | JMS | Finalize PJR papers attention to exhibits | 0.40 | hrs. | 70.00 |
| 02/21/2003 | JMS | Prepare draft of summons and civil action coversheet | 0.90 | hrs. | 157.50 |
| 02/24/2003 | JMS | Attend meeting with Clerk of U.S. District Court regarding filing PJR action; telephone conference with Judge Arterton's Chambers regarding filing of PJR Action; telephone conference with Judge Margolis' Chambers regarding setting hearing date and time for PJR; return telephone call to Judge Margolis' Chambers regarding inability to administer PJR hearing because of stock holdings by Judge Margolis in Daimler Chrysler | 1.50 | hrs. | 262.50 |
| 02/25/2003 | JMS | Telephone conference with Judge Arterton's Chambers regarding hearing date; telephone conference to Judge Garfinkle's Chambers regading hearing date; prepare correspondence to Marshall Kraimer | 0.80 | hrs. | 140.00 |

| 02/27/2003 | JMS | regarding service of Complaint<br>Telephone conference with John Heffernan;<br>prepare correspondence to John Heffernan<br>regarding place and time of PJR hearing | 0.60 | hrs. | 105.00 |
|---|---|---|---|---|---|

$962.50

**EXPENSES**

| 02/20/2003 | Copying | | 50.40 |
|---|---|---|---|
| 02/20/2003 | Copying | | 2.00 |
| 02/20/2003 | Copying | | 11.00 |
| 02/20/2003 | Copying | | 8.00 |
| 02/21/2003 | Copying | | 8.00 |
| 02/21/2003 | Copying | | 0.40 |
| 02/21/2003 | Copying | | 1.00 |
| 02/21/2003 | Copying | | 0.60 |
| 02/21/2003 | Copying | | 0.60 |
| 02/21/2003 | Copying | | 7.00 |
| 02/24/2003 | Filing fee | | 150.00 |
| 02/24/2003 | Copying | | 0.40 |
| 02/25/2003 | Copying | | 1.00 |
| 02/25/2003 | Copying | | 0.80 |
| 02/26/2003 | Federal Express | | 16.55 |
| 02/27/2003 | Telefax | | 2.00 |

$259.75

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Sklarz, Jeffrey | 5.50 | $175 | 962.50 |
| | 5.50 | | $962.50 |

**Billing Summary**

| Total professional services | $962.50 |
|---|---|
| Total expenses incurred | $259.75 |
| | ---------------- |
| Total of new charges for this invoice | $1,222.25 |
| Plus net balance forward | $656.07 |
| | ---------------- |
| **Total balance now due** | **$1,878.32** |

Your account is over 30 days past due.  Your prompt payment would be appreciated.

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605

April 11, 2003

|  |  |  |
|---|---|---|
| Invoice# | 28214 | RDZ |
| Our file# | 8154 | 00000 |
| Billing through | 03/31/2003 | |

Daimler Chrysler Services
Commercial Vehicles
Attn: John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Litigation

| | | |
|---|---|---|
| Balance forward as of invoice dated   February 28, 2003 | $1,878.32 | |
| Payments received since last invoice | 1,878.32 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $0.00 | |

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 03/03/2003 | JMS | Notice of filing return of Summons; review Summons regarding effective service | 0.40 | hrs. | 70.00 |
| 03/05/2003 | JMS | Return conference call to Mr. John Heffernan regarding continue PJR hearing | 0.20 | hrs. | 35.00 |
| 03/06/2003 | JMS | Prepare correspondence to Judge Garfinkle regarding continue PJR hearing; prepare draft of proposed order continuing hearing | 0.50 | hrs. | 87.50 |
| 03/07/2003 | JMS | Several telephone calls to Chambers of William I. Garfinkle regarding PJR hearing continuance; return telephone call to client regarding continuance of hearing; telephone conference to defendants regarding hearing continued to 4/4/03 | 0.40 | hrs. | 70.00 |
| 03/20/2003 | JMS | Review voicemail from Attorney Meltzer regarding Eastcoast | 0.10 | hrs. | 17.50 |
| 03/21/2003 | JMS | Prepare draft of Amended Complaint | 1.00 | hrs. | 175.00 |
| 03/26/2003 | JMS | Review file; e-mail to client regarding 4/4/03 hearing | 0.20 | hrs. | 35.00 |
| 03/31/2003 | JMS | Telephone conference to Amg. Garkinkle's | 0.80 | hrs. | 140.00 |

Chambers regarding PJR hearing; prepare
correspondence to Attorney Maglieri
regarding PJR hearing; e-mail to client
regarding PJR hearing; telephone conference
from client

$630.00

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 03/03/2003 | Copying | 8.00 |
| 03/03/2003 | Federal Express | 11.54 |
| 03/03/2003 | Postage | 0.60 |
| 03/03/2003 | Postage | 1.20 |
| 03/03/2003 | Postage | 0.60 |
| 03/03/2003 | Long Distance Telephone Call | 0.40 |
| 03/05/2003 | Service Fee | 384.00 |
| 03/06/2003 | Copying | 2.40 |
| 03/06/2003 | Copying | 1.80 |
| 03/06/2003 | Telefax | 4.00 |
| 03/06/2003 | Telefax | 4.00 |
| 03/06/2003 | Telefax | 4.00 |
| 03/06/2003 | Federal Express | 11.54 |
| 03/07/2003 | Federal Express | 22.94 |
| 03/07/2003 | Long Distance Telephone Call | 0.55 |
| 03/07/2003 | Long Distance Telephone Call | 0.40 |
| 03/12/2003 | Copying | 0.60 |
| 03/12/2003 | Federal Express | 22.84 |
| 03/12/2003 | Federal Express | 11.54 |
| 03/19/2003 | Copying | 18.00 |
| 03/19/2003 | Copying | 15.60 |
| 03/19/2003 | Copying | 2.40 |
| 03/19/2003 | Copying | 20.80 |
| 03/19/2003 | Postage | 6.64 |
| 03/19/2003 | Postage | 0.37 |
| 03/19/2003 | Postage | 0.46 |
| 03/19/2003 | Postage | 0.46 |
| 03/19/2003 | Postage | 1.48 |
| 03/19/2003 | Postage | 3.41 |
| 03/20/2003 | Copying | 0.80 |
| 03/27/2003 | Postage | 1.52 |
| 03/27/2003 | Long Distance Telephone Call | 0.40 |
| 03/31/2003 | Telefax | 2.00 |
| | | $567.29 |

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Sklarz, Jeffrey | 3.60 | $175 | 630.00 |
| | 3.60 | | $630.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $630.00 |
| Total expenses incurred | $567.29 |
| | ----------------- |
| Total of new charges for this invoice | $1,197.29 |
| | ----------------- |
| **Total balance now due** | **$1,197.29** |

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605


May 14, 2003


Daimler Chrysler Services
Commercial Vehicles
Attn:  John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Invoice#   28439     RDZ
Our file#     8154     00000
Billing through   04/30/2003


Litigation


| | | |
|---|---|---|
| Balance forward as of invoice dated    April 11, 2003 | $1,197.29 | |
| Payments received since last invoice | 0.00 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $1,197.29 | |


**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2003 | JMS | Telephone conference to Magistrate Garfinkle's Chambers regarding report of PJR hearing | 0.10 | hrs. | 17.50 |
| 04/03/2003 | JMS | Telephone conference from Attorney Magliari regarding Eastcoast Transport, Gardener, or Engelke not appearing at PJR hearing; multiple telephone conferences to Magistrate Garfinkle's (Maura Osbourne, law clerk) chambers regarding defendants not appearing; prepare draft of Revised Motion for Prejudgment Disclosure of Assets. | 0.50 | hrs. | 87.50 |
| 04/10/2003 | JMS | Subpoena regarding asset examination; correspondence to Sheriff regarding service of subpoena and writ of attachment | 0.60 | hrs. | 105.00 |
| 04/24/2003 | JMS | Review voicemail regarding asset exam of Michael Gardner; motion for default | 0.50 | hrs. | 87.50 |
| | | | | | $297.50 |


**EXPENSES**

| 04/10/2003 | Copying | 4.00 |
| 04/10/2003 | Copying | 11.40 |
| 04/10/2003 | Postage | 2.44 |
| 04/10/2003 | Long Distance Telephone Call | 0.20 |
| 04/24/2003 | Copying | 2.00 |
| 04/24/2003 | Postage | 0.37 |
| 04/24/2003 | Postage | 0.23 |
| 04/24/2003 | Postage | 0.37 |
| 04/24/2003 | Postage | 1.11 |
| 04/24/2003 | Long Distance Telephone Call | 0.60 |
| 04/25/2003 | Long Distance Telephone Call | 0.20 |
| | | $22.92 |

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Sklarz, Jeffrey | 1.70 | $175 | 297.50 |
| | 1.70 | | $297.50 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $297.50 |
| Total expenses incurred | $22.92 |
| | ---------------- |
| Total of new charges for this invoice | $320.42 |
| Plus net balance forward | $1,197.29 |
| | ---------------- |
| **Total balance now due** | **$1,517.71** |

## Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605

June 16, 2003

Daimler Chrysler Services
Commercial Vehicles
Attn:  John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Invoice#  28611    RDZ
Our file#    8154     00000
Billing through   05/31/2003

Litigation

| | |
|---|---|
| Balance forward as of invoice dated   May 14, 2003 | $1,517.71 |
| Payments received since last invoice | 0.00 |
| | ---------------- |
| Accounts receivable balance carried forward | $1,517.71 |

**PROFESSIONAL SERVICES**

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/05/2003 | JMS | Prepare Motion for judgment, Affidavit of Debt, and Military Affidavit | 1.40 | hrs. | 245.00 |
| 05/12/2003 | JMS | Finalize and file motion for judgment | 0.50 | hrs. | 87.50 |
| | | | | | $332.50 |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 05/01/2003 | Service Fee | 349.00 |
| 05/05/2003 | Copying | 0.20 |
| 05/05/2003 | Telefax | 2.00 |
| 05/05/2003 | Long Distance Telephone Call | 0.20 |
| 05/07/2003 | Copying | 13.00 |
| 05/07/2003 | Postage | 0.37 |
| 05/07/2003 | Postage | 2.49 |
| 05/07/2003 | Postage | 2.35 |
| 05/12/2003 | Copying | 0.20 |
| 05/12/2003 | Copying | 17.00 |
| 05/12/2003 | Postage | 0.83 |
| 05/12/2003 | Postage | 4.01 |
| 05/28/2003 | Postage | 0.60 |

$392.25

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| SKLARZ, JEFFREY M. | 1.90 | $175 | 332.50 |
| | 1.90 | | $332.50 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $332.50 |
| Total expenses incurred | $392.25 |
| | ---------------- |
| Total of new charges for this invoice | $724.75 |
| Plus net balance forward | $1,517.71 |
| | ---------------- |
| **Total balance now due** | **$2,242.46** |

**Zeisler & Zeisler, P.C.**
558 Clinton Avenue
Bridgeport, Connecticut 06605

July 16, 2003

Daimler Chrysler Services
Commercial Vehicles
Attn: John Heffernan - Asset Recovery
1011 Warrenville Road
Suite 600
Lisle, IL 60532

Invoice#  28782    RDZ
Our file#    8154    00000
Billing through  06/30/2003

Litigation

| | | |
|---|---|---|
| Balance forward as of invoice dated   June 16, 2003 | $2,242.46 | |
| Payments received since last invoice | 0.00 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $2,242.46 | |

**EXPENSES**

| | | |
|---|---|---|
| 06/05/2003 | Expense re: deposition | 99.38 |
| 06/30/2003 | Telefax | 2.00 |
| | | $101.38 |

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| | 0.00 | | $0.00 |

**Billing Summary**

| | |
|---|---|
| Total expenses incurred | $101.38 |
| | ---------------- |
| Total of new charges for this invoice | $101.38 |
| Plus net balance forward | $2,242.46 |
| | ---------------- |
| **Total balance now due** | **$2,343.84** |

Your account is over 30 days past due.  Your prompt payment would be appreciated.

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605


October 23, 2003


Daimler Chrysler Services                    Invoice#   19535    RDZ
Commercial Vehicles                          Our file#    8154    00000
Attn:  John Heffernan - Asset Recovery        Billing through   10/31/2003
1011 Warrenville Road
Suite 600
Lisle, IL 60532




Rebecca Engelke/Michael Gardner/East Coast Transport
#5000358950652/5000026874045/5000358938939
#5000358950504/5000629752341


Balance forward as of invoice dated   July 16, 2003        $2,343.84
Payments received since last invoice                          724.75
                                                   -----------------
Accounts receivable balance carried forward               $1,619.09


## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| JMS | 09/04/2003 | | 0.70 | 0.70   175.00 | 122.50 |
| 09/04/2003 | JMS | Review notice of bankruptcy re Gardner; telephone call to Judge Arterton's chambers re judgment; letter to client re status; return telephone call to John Heffernan | 0.70 | hrs. | 122.50 |
| JMS | 09/08/2003 | | 1.00 | 1.00   175.00 | 175.00 |
| 09/08/2003 | JMS | File appearance in Gardiner bankruptcy; motion for 2004 examination | 1.00 | hrs. | 175.00 |
| JMS | 09/15/2003 | | 0.30 | 0.30   175.00 | 52.50 |
| 09/15/2003 | JMS | Email to client re hearing in damages; telephone call to court re same | 0.30 | hrs. | 52.50 |
| JMS | 09/18/2003 | | 0.50 | 0.50   175.00 | 87.50 |
| 09/18/2003 | JMS | Motion to take 2004 exam; telephone call to John Heffernan re hearing in damages | 0.50 | hrs. | 87.50 |
| JMS | 09/23/2003 | | 0.30 | 0.30   175.00 | 52.50 |
| 09/23/2003 | JMS | Review order granting motion for 2004 examination; telephone call to Atty. Maglieri re 2004 examination | 0.30 | hrs. | 52.50 |
| JMS | 09/24/2003 | | 0.50 | 0.50   175.00 | 87.50 |

| 09/24/2003 | JMS | Serve subpoena re 2004 examination; notice of 2004 examination; letter to process server | 0.50 | hrs. | 87.50 |

| JMS | 09/26/2003 | | 0.40 | 0.40 | 175.00 | 70.00 |

| 09/26/2003 | JMS | Prepare motion to extend time re objection to exemptions | 0.40 | hrs. | 70.00 |

| JMS | 10/01/2003 | | 0.20 | 0.20 | 175.00 | 35.00 |

| 10/01/2003 | JMS | Telephone call from Attorney Maglieri; letter to court re: no objection to motion | 0.20 | hrs. | 35.00 |

| JMS | 10/07/2003 | | 0.20 | 0.20 | 175.00 | 35.00 |

| 10/07/2003 | JMS | Telephone call to Bob Harshorn re: hearing in damages | 0.20 | hrs. | 35.00 |

| JMS | 10/21/2003 | | 7.00 | 7.00 | 175.00 | 1,225.00 |

| 10/21/2003 | JMS | Preparation for, travel to, and taking of 2004 Examination of Michael Gardiner | 7.00 | hrs. | 1,225.00 |

| JMS | 10/22/2003 | | 5.60 | 5.60 | 175.00 | 980.00 |

| 10/22/2003 | JMS | Draft motion to extend time re 523, 727 complaint; motion to take 2004 Examination of Rebecca Engelke; preparation for, and attendance at, hearing in damages (East Coast and Rebecca Engelke only); email to client re status (detailed); telephone call from Ernie Lewis | 5.60 | hrs. | 980.00 |

$2,922.50

## EXPENSES

| COPY | 09/03/2003 | 0.80 |

| 09/03/2003 | Copying | | 0.80 |

| COPY | 09/03/2003 | 0.20 |

| 09/03/2003 | Copying | | 0.20 |

| COPY | 09/05/2003 | 2.00 |

| 09/05/2003 | Copying | | 2.00 |

| POST | 09/05/2003 | 2.08 |

| 09/05/2003 | Postage | | 2.08 |

| COPY | 09/08/2003 | 3.60 |

| 09/08/2003 | Copying | | 3.60 |

| COPY | 09/10/2003 | 0.40 |

| 09/10/2003 | Copying | | 0.40 |

| POST | 09/10/2003 | 1.98 |

| 09/10/2003 | Postage | | 1.98 |

| TEL | 09/10/2003 | 0.20 |

| 09/10/2003 | Long Distance Telephone Call | | 0.20 |

| COPY | 09/18/2003 | 3.60 |

| 09/18/2003 | Copying | | 3.60 |

| POST | 09/18/2003 | 1.66 |

| 09/18/2003 | Postage | | 1.66 |

| COPY | 09/19/2003 | 1.20 |

| 09/19/2003 | Copying | | 1.20 |

| COPY | 09/19/2003 | 0.20 |

| 09/19/2003 | Copying | | 0.20 |

| FAX | 09/19/2003 | 3.00 |

| 09/19/2003 | Telefax | | 3.00 |

| POST | 09/19/2003 | 8.84 |

| 09/19/2003 | Postage | | 8.84 |

| COPY | 09/24/2003 | 13.60 |

| 09/24/2003 | Copying | | |
|---|---|---|---|
| COPY | 09/24/2003 | 0.20 | 13.60 |
| 09/24/2003 | Copying | | |
| POST | 09/24/2003 | 1.06 | 0.20 |
| 09/24/2003 | Postage | | |
| POST | 09/24/2003 | 5.99 | 1.06 |
| 09/24/2003 | Postage | | |
| COPY | 09/26/2003 | 1.20 | 5.99 |
| 09/26/2003 | Copying | | |
| POST | 09/26/2003 | 0.37 | 1.20 |
| 09/26/2003 | Postage | | |
| FE | 09/29/2003 | 7.92 | 0.37 |
| 09/29/2003 | Federal Express | | |
| COPY | 10/01/2003 | 0.40 | 7.92 |
| 10/01/2003 | Copying | | |
| FAX | 10/01/2003 | 2.00 | 0.40 |
| 10/01/2003 | Telefax | | |
| FAX | 10/01/2003 | 2.00 | 2.00 |
| 10/01/2003 | Telefax | | |
| TEL | 10/17/2003 | 1.22 | 2.00 |
| 10/17/2003 | Long Distance Telephone Call | | 1.22 |
| | | | $65.72 |

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| SKLARZ, JEFFREY M. | 16.70 | $175 | 2,922.50 |
| | 16.70 | | $2,922.50 |
| JMS | 16.70 16.70 175.00 | | 2,922.50 |
| | 16.70 16.70 | | 2,922.50 |

## Billing Summary

| | |
|---|---|
| Total professional services | $2,922.50 |
| Total expenses incurred | $65.72 |
| | ------------------ |
| Total of new charges for this invoice | $2,988.22 |
| Plus net balance forward | $1,619.09 |
| | ------------------ |
| **Total balance now due** | **$4,607.31** |