UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 05 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES BENZ CREDIT CORPORATION, | : : : : : | Civil Action No. |
| Plaintiff, | : : | 3:03 CV 0319 (JBA) |
| V. | : : | |
| REBECCA ENGELKE, MICHAEL GARDNER, and EASTCOAST TRANSPORT, LTD, | : : : : | |
| Defendants. | : | October 30, 2003 |

### MOTION FOR ATTORNEYS FEES

Pursuant to Fed. R. Civ. P. 54(d)(2), the statements made on the record at the Hearing-in-Damages of the above captioned matter held on October 22, 2003 before the Honorable William I. Garfinkle and the Affidavit of Jeffrey M. Sklarz, Esq., the plaintiff hereby moves to be awarded attorneys' fees and costs in the amount of $4,367.31 in this matter.

THE PLAINTIFF

BY: _____
Jeffrey M. Sklarz
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

## CERTIFICATION

A copy of the foregoing **Motion for Attorneys Fees** has been served, postage pre-paid upon the following counsel and pro se parties:

Rebecca Engelke
127 Andrew Drive
North Canton, Connecticut 06509

Michael Gardner
127 Andrew Drive
North Canton, Connecticut 06509

Eastcoast Transport, Ltd.
c/o Harvey Melzer, Agent for Service
49 Locust Avenue
New Canaan, CT 06840

Date:    October 30, 2003

_____
Jeffrey M. Sklarz

\\Dfs1\users\JMS\D\DaimlerChrysler\Pleadings\mo.atty fees.doc