UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
DAIMLERCHRYSLER SERVICES,            :
NORTH AMERICA, LLC f/k/a             :
MERCEDES BENZ CREDIT                 :
CORPORATION                          :
                                     :
         Plaintiffs,                 :
                                     :       CIVIL ACTION NO.
    v.                               :       3:03-cv-0319 (JBA)
                                     :
REBECCA ENGELKE                      :
MICHAEL GARDNER, and                 :
EASTCOAST TRANSPORT, LTD             :
                                     :
         Defendants,                 :
-----------------------------------------------------x
```

**RECOMMENDED RULING ON PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AND ATTORNEYS FEES**

**BACKGROUND**

Currently pending are Plaintiff, DaimlerChrysler Services,North America, Llc F/k/a Mercedes Benz Credit's (hereafter "DiamlerChrysler" or "Plaintiff") motions for entry of default judgment (Doc. #18) and motion for attorneys fees (Doc. # 26). Each of the named defendants has defaulted on plaintiff's claims that they breached five contracts. (Compl. ¶¶ 8-11 and Counts 13-15).

The undersigned presided over an inquest in damages in this case on October 22, 2003. The defendants did not appear at the hearing. At the hearing, DaimlerChrysler provided evidence of damages in the amount of $179,367.66 in outstanding principal; and

$26,890.41 in interest for a total in contract damages of $206,258.07. Plaintiff also seeks interest on a per diem basis of $64.95. (<u>Motion for Entry of Default Judgment</u>, Doc. # 18). Twenty-three (23) days have passed since the October 22, 2003 hearing for a total of $1,493.85 in additional interest. Plaintiff has presented evidence in support of its claim for $4,367 in attorney fees[1] and $633.38 in costs against the defendants. (<u>Affidavit of Attorneys Fees</u> (Doc. #25) and <u>Verified Bill of Costs</u> (Doc. #24)).

## CONCLUSION

For the foregoing reasons, the undersigned recommends plaintiff's motions (Docs. # 18 and 26) be **GRANTED** and that, as of this date, a judgment in the amount of $212,752.61 be entered in favor of the plaintiff. The undersigned also recommends that the District Judge award plaintiff an additional $64.95 per diem until this recommended ruling is adopted and judgment entered. Any objections to this recommended ruling must be filed with the Clerk of the Court within ten (10) days of the receipt of this order. Failure to object within ten (10) days may preclude appellate review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; D. Conn. L. Civ. R. 72 for Magistrate Judges; FDIC v. Hillcrest Assocs., 66 F.3d 566, 569 (2d Cir. 1995).

So ordered this 14th day of November 2003, at Bridgeport, Connecticut.

/S/ *William I. Garfinkel*
 William I. Garfinkel
 United States Magistrate Judge

---

1. The contracts contained a provision for "all reasonable attorney fees" upon a default. (Exhibit 1, pg. 3)