UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAIMLERCHRYSLER SERVICES :

v.                     :     NO. 3:03cv319 (JBA)

ENGELKE, ET AL         :

FILED
DEC 11  3 58 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #27]

After full review and absent objection, the Recommended Ruling is APPROVED and ADOPTED as the ruling of this Court, pursuant to 28 U.S.C. §636(b)(1)(B) and D. Conn. L. Civ. R. 72.2(b) of the Local Rules for United States Magistrate Judges (rev. 2003). Plaintiff's Motion for Entry of Judgment Upon Default [doc. #18] is GRANTED, and Plaintiff's Motion for Attorney's Fees [doc. #26] is GRANTED in the amount of $212,752.61, plus $1,688.70 ($64.95 per diem from 11/15/03 to and including 12/11/03, 26 days). Judgment shall enter in the total amount of $214,441.31.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   December 11, 2003