## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAIMLERCHRYSLER SERVICES,            :
NORTH AMERICA, LLC f/k/a
MERCEDES BENZ CREDIT CORP.

    Vs.                                                         :                  Civil No.  3:03CV319 (JBA)

REBECCA ENGELKE
MICHAEL GARDNER
EASTCOAST TR4ANSPORT, LTD           :

## DEFAULT JUDGMENT

    This matter came on for consideration on motions for default judgment and attorney's fees before the Honorable Janet Bond Arterton, United States District Judge and the Honorable William I. Garfinkel, United States Magistrate Judge.

    The Court has reviewed all of the papers in conjunction with the motions and on November 14, 2003, a Recommended Ruling entered granting default judgment and attorney's fees in the amount of $212,752.61 and an additional $64.95 per diem until this recommended ruling is adopted and judgment entered.   On December 11, 2003, after review and absent objection, the Recommended Ruling was approved, adopted and ratified by the Honorable Janet Bond Arterton, United States District Judge.

    It is therefore ORDERED and ADJUDGED that default judgment and attorney's fees is entered for the plaintiff in the amount of $212,752.61, plus $1,688.70 ($64.95 per diem from 11/15/03 to and including 12/11/03, 26 days) for a total award of $214,441.31, and the case is closed.

    Dated at New Haven, Connecticut, this 15th day of December, 2003..

                                                                                        KEVIN F.  ROWE, CLERK

EOD_____

                                                                     By__/s/_____
                                                                           Betty J. Torday
                                                                           Deputy Clerk