FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   11 42 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES BENZ CREDIT CORPORATION, | : | Civil Action No. |
| Plaintiff, | : | 3:03 CV 0319 (JBA) |
| V. | : | |
| REBECCA ENGELKE, MICHAEL GARDNER, and EASTCOAST TRANSPORT, LTD, | : | |
| Defendants. | : | October 24, 2003 |

### VERIFIED BILL OF COSTS

Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d) and D. Conn. L. R. Civ. P. 54(a) the plaintiff in this matter requests that the following costs be taxed to the defendants, East Coast Transport Ltd. and Rebecca Engelke:

| | | |
|---|---|---|
| Entry Fee | $150.00 | |
| Marshall's Fee | 384.00 | (service of complaint) |
| Court Reporter | 99.38 | (deposition) |
| **Total** | **$633.38** | |

THE PLAINTIFF

BY: _____
Jeffrey M. Sklarz
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

G:\JMS\D\DaimlerChrysler\Pleadings\bill of costs.doc

---

Handwritten margin notes:

plus $150.00 Claimed amount of $534.00. Claimed a total of $384.00 for a telephone conversation pursuant to the plaintiff by the plaintiff withdrawn by $99.38 of amount the in costs deposition date. this

1-20-04. Costs are awarded to the plaintiff as follows: Filing Fee in the amount of $150.00 plus Marshal's service fee for service of the complaint in the amount of $534.00. Claimed Marshal's service fee for service of the complaint in the amount of $384.00 for a telephone conversation withdrawn by the plaintiff pursuant to this date. deposition costs in the amount of $99.38 withdrawn by the plaintiff pursuant to a telephone conversation this date.

Kevin F. Rowe, Clerk
By: _____
Lori Inferrera, Deputy-in-Charge
JAN 20 9 03 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.